SARAH A. MEADWAY, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALFRED F. SAWYER, Respondent, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE J. SWAIN, Respondent, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUIS S. PIERCE, as Trustee, etc., Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant, Impleaded with JOHN R. BOURNE, as Administrator, etc., of JOHN HECKEL, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the appellant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM E. HAVENS and Others, as Administrators, etc., of MARY J. BRADY, Deceased, Appellants, v. CARRIE B. HAVENS and Another, Respondents.— Judgment affirmed, with costs. All concur, except Crouch and Taylor, JJ., who dissent and vote for reversal on the facts, upon the ground that Mary J. Brady did not intend to transfer to Carrie B. Havens any interest in the account which should be operative during her lifetime; she intended to exercise sole dominion over the fund so long as she lived; that her intent was merely testamentary. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NEIL A. CUMMINGS, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NETTIE GUILES, Appellant, v. AUSTIN G. HARRIS, as Executor, etc., of JOHN L. GUILES, Deceased, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BRINA APPELBAUM, Appellant, v. ABRAHAM GOLDSTEIN, Respondent.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the facts relating to the defendant's negligence. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.